Chad C. Butterfield
Nevada Bar No. 10532
Christopher D. Phipps
Nevada Bar No. 3788
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel: 702.727.1400/Fax: 702.727.1401
Chad.Butterfield@wilsonelser.com
Christopher.Phipps@wilsonelser.com
*Attorneys for Defendant RELIANCE
 STANDARD LIFE INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL GRAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, A Pennsylvania Corporation; and DOES I through V inclusive, and ROES I through V, inclusive,<br><br>　　　　　Defendants. | CASE NO:　　2:18-cv-01551-JAD-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR RELIANCE STANDARD LIFE INSURANCE COMPANY TO FILE OPPOSITION TO PLAINTIFF'S RENEWED RULE 52 MOTION**<br><br>**(First Request)**<br><br>ECF No. 52 |

　　　　Plaintiff Michael Gray ("Plaintiff") and Defendant Reliance Standard Life Insurance Company ("Defendant"), by and through their respective counsel of record, hereby submit this Stipulation and Order to Continue Scheduled Deadlines pursuant to LR IA 6-1 and LR 7-2. On April 26, 2021, the parties filed competing renewed motions, with Defendant filing a Renewed Motion for Summary Judgment (ECF No. 50), and Plaintiff filing a Renewed FRCP Rule 52 Motion (ECF No. 51). The deadline for Defendant to file an opposition to Plaintiff's Renewed Rule 52 Motion is currently set for May 10, 2021.

　　　　The parties respectfully seek a seven-day extension for Defendant to file its opposition to Plaintiff's Renewed Rule 52 Motion, to May 17, 2021, to correspond to the deadline for Plaintiff

1

253935178v.1

to file his opposition to Defendant's Renewed Motion for Summary Judgment. This is the first request for an extension of the opposition deadline. The requested extension is in good faith and not for purposes of delay or harassment.

| | |
|---|---|
| DATED this 10th of May, 2021. | DATED this 10th of May 2021 |
| LAW OFFICE OF JULIE A. MERSCH | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| By: */s/ Julie A. Mersch*<br>Julie A. Mersch<br>Nevada Bar No. 4695<br>1100 E. Bridger Ave.<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff*<br>*Michael Gray* | By: */s/ Chad C. Butterfield*<br>Chad C. Butterfield<br>Nevada Bar No. 010532<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada 89119<br>*Attorneys for Defendant*<br>*Reliance Standard Life Insurance Company* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: 5-11-2021

2

253935178v.1