Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
1100 E. Bridger Ave.
Las Vegas, NV 89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
*Attorney for Plaintiff Michael Gray*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GRAY,<br><br>Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, a Pennsylvania Corporation; and DOES I through V inclusive, and ROES I through V, inclusive,<br><br>Defendants | CASE NO.: 2:18-cv-01551-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DEADLINES**<br><br>**(First Request)**<br><br>[ECF No. 56] |

Plaintiff MICHAEL GRAY and Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY hereby submit this Stipulation and Order to Extend Reply Deadlines pursuant to LR IA 6-1 and LR 7-2. On April 26, 2021, the parties filed competing renewed motions, with Defendant filing a Renewed Motion for Summary Judgment (ECF No. 50), and Plaintiff filing a Renewed FRCP Rule 52 Motion (ECF No. 51). Upon stipulation to the court (ECF's 52 and 53), the parties filed their respective oppositions on May 17, 2021. Plaintiff's Reply is currently due by May 24, 2021. Defendant's Reply is due by May 31, 2021. The parties each respectfully seek a short extension of their respective Reply due dates to June 4, 2021. This is the first request for an extension of the Reply deadlines. The requested extension is in good faith and not for purposes of delay or harassment.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| DATED: May 19, 2021 | | LAW OFFICE OF JULIE A. MERSCH |

By:   /s/ Julie A. Mersch
     Julie A. Mersch, Esq.
     jam@merschlaw.com
     Nevada Bar No.: 004695
     1100 E. Bridger Ave.
     Las Vegas, NV 89101
     *Attorney for Plaintiff MICHAEL GRAY*

DATED: May 19, 2021      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   /s/ Chad C. Butterfield
     Chad C. Butterfield, Esq.
     chad.butterfield@wilsonelser.com
     Nevada Bar No.: 010532
     6689 Las Vegas Blvd. South, Ste. 200
     Las Vegas, NV 89119
     *Attorneys for Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY*

### Order

Based on the stipulation of the parties **[ECF No. 56]** and good cause appearing, IT IS HEREBY ORDERED that the deadlines for Reliance Standard Life Insurance Company to file a reply in support of its renewed summary-judgment motion and for Michael Gray to file a reply in support of his renewed motion under Federal Civil Procedure Rule 52 **are EXTENDED to June 4, 2021.**

_____
U.S. District Judge Jennifer A. Dorsey
May 20, 2021